# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

———————

**No. 24-1287**          September Term, 2024

EPA-89FR55684

Filed On: September 3, 2024 [2072899]

American Coke and Coal Chemicals Institute and Coke Oven Environmental Task Force,

        Petitioners

        v.

Environmental Protection Agency and Michael S. Regan, Administrator, U.S. Environmental Protection Agency,

        Respondents

------------------------------

Consolidated with 24-1288

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioner in case No. 24-1288 is directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | October 3, 2024 |
| Statement of Issues to be Raised | October 3, 2024 |

                                               **FOR THE COURT:**
                                               Mark J. Langer, Clerk

                         BY:     /s/
                                 Emily K. Campbell
                                 Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form