IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AMERICAN COKE AND COAL CHEMICALS INSTITUTE and COKE OVEN ENVIRONMENTAL TASK FORCE,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and MICHAEL S. REGAN, in his official capacity as ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Respondents. | No. 24-1287 (consolidated with Nos. 24-1288, 24-1290) |

**JOINT UNOPPOSED MOTION TO MODIFY
SCHEDULE AND EXCEED WORD LIMITS**

Respondents United States Environmental Protection Agency and its Administrator Michael S. Regan ("EPA"), along with Petitioners American Coke and Coal Chemicals Institute ("ACCCI") and the Coke Oven Environmental Task Force ("COETF"), and Petitioner SunCoke Energy, Inc. ("Suncoke") in consolidated case 24-1288, and Petitioners GASP, Clean Air Council, Hoosier Environmental Council, Just Transition Northwest Indiana, PANIC, Pennfuture, and Sierra Club in

1

consolidated case 24-1290 (collectively, "the Parties"), hereby move to modify the schedule and word limits applicable to the pending motions to stay the EPA final rule under review in this case, filed September 29, 2024, and the Certified Index to the Administrative Record. In support of this Motion, the Parties state as follows:

## Background

1. This case concerns three consolidated petitions for review of the EPA final rule published July 5, 2024, entitled National Emission Standards for Hazardous Air Pollutants for Coke Ovens: Pushing, Quenching, and Battery Stacks, and Coke Oven Batteries; Residual Risk and Technology Review, and Periodic Technology Review ("the Final Rule"). 89 Fed. Reg. 55,864.

2. On September 30, 2024, Petitioners ACCCI and COETF and Suncoke filed two motions to stay the Final Rule pending judicial review. Doc. Nos. 2077499, 2077531.

3. Also on September 30, 2024, Petitioners GASP, Clean Air Council, Hoosier Environmental Council, Just Transition Northwest Indiana, PANIC, Pennfuture, and Sierra Club in Case No. 24-1290 moved to intervene as Respondents in cases 24-1287 and 24-1288. Doc. No. 2077508. These petitioners intend to respond to the pending stay motions as respondents if granted intervenor status.

4. The current deadline for Respondents to respond to the pending stay motions is October 10, 2018, and the deadline for Petitioners to reply is one week thereafter. *See* Fed. R. App. P. 27(a)(3).

2

5. Undersigned counsel for EPA has oral argument for an appeal in another case on October 8, 2024, and no other attorney will be able to competently prepare in time to handle that argument by that date.

6. By order of this Court, EPA staff must prepare the Certified Index to the Administrative Record for this case by October 15, 2024.

7. EPA staff are also currently considering administrative requests for a stay and petitions for reconsideration of the Final Rule from Petitioners in this case.

8. Earthjustice, counsel for several of the petitioners in Case No. 24-1290, has an all-hands staff retreat from October 22 through 24, 2024.

9. Counsel for all parties met and conferred about their schedules and the deadlines for this case on October 1, 2024, and agreed that modestly altering the briefing schedule for the pending stay motions is in the best interests of justice for this case.

### Request for Relief

1. The Parties move the Court to modify the briefing schedule for the pending stay motions in this case as follows:

    a. EPA's consolidated response brief, which shall address both pending stay motions and contain no more than 10,400 words, shall be filed no later than **October 22, 2024.**

    b. GASP, Clean Air Council, Hoosier Environmental Council, Just Transition Northwest Indiana, PANIC, Pennfuture, and Sierra Club's

3

consolidated response brief, which shall address both pending stay motions and contain no more than 10,400 words, shall be filed no later than **October 28, 2024.**

c.   ACCCI/COETF and Suncoke's reply briefs shall be filed no later than **November 5, 2024.**

2.   The Parties additionally move for EPA's Certified Index to the Administrative Record to be filed no later than **October 29, 2024.**

3.   There is good cause to grant the motion. The additional time afforded will allow the Parties to complete briefing on the pending stay motions in an efficient manner and provide the Court with sufficient information to make an informed ruling on the pending stay motions. Counsel for EPA in particular needs time to familiarize himself with the complex legal and technical issues presented in the pending stay motions in light of his October 8, 2024 argument.

4.   This motion is made to serve justice and not for purposes of delay.

WHEREFORE, the parties request that the Court grant this joint motion and issue an order setting forth the proposed briefing schedule for the responses and replies on the pending stay motions and the Certified Index to the Administrative Record.

| Dated:  October 2, 2024 | Respectfully submitted, |
|---|---|

/s/ *Daniel J. Martin* (with consent of parties)
DANIEL J. MARTIN
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Phone: (202) 307-1056
Email: jessica.o'donnell@usdoj.gov

OF COUNSEL:
ADAN SCHWARTZ
U.S. Environmental Protection Agency
Office of General Counsel
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

*Counsel for EPA*

Michael R. Huston
Perkins Coie LLP
2525 E. Camelback Road, Suite 500
Phoenix, AZ  85016-4227
Telephone:  602.351.8000
MHuston@perkinscoie.com

*Counsel for SunCoke Energy, Inc.*


Jeffrey A. Knight
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street, NW
Washington, DC  20036-3006
(202) 663-9152
jeffrey.knight@pillsburylaw.com

*Counsel for ACCCI and the COETF*

Tosh Sagar
Earthjustice
1001 G Street, NW, Suite 1000
Washington, DC 20001
(202) 667-4500
tsagar@earthjustice.org

*Counsel for GASP, Hoosier Environmental Council, Just Transition Northwest Indiana, PennFuture, and Sierra Club*

Haley Lewis
Environmental Integrity Project
888 17th Street NW, Suite 810
Washington, D.C. 20006
(202) 263-4449
hlewis@environmentalintegrity.org

*Counsel for Clean Air Council and PANIC*

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing motion complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because it contains 709 words, excluding the parts of the filing exempted by Fed. R. App. P. 32(f). The filing complies with the typeface and type style requirements of Fed. R. App. 32(a)(5) and 32(a)(6) because it was prepared in a proportionately spaced typeface using Microsoft Word in Garamond 14-point font.

/s/ Daniel J. Martin
DANIEL J. MARTIN
Counsel for EPA

## CERTIFICATE OF SERVICE

I certify that the foregoing motion was electronically filed today with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit through the Court's CM/ECF system. I further certify that a copy of the foregoing motion was today served electronically through the court's CM/ECF system on all registered counsel.

/s/ Daniel J. Martin
DANIEL J. MARTIN
Counsel for EPA

Dated: October 2, 2024