# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

No. 24-1287                       September Term, 2024

EPA-89FR55684

Filed On: October 4, 2024

American Coke and Coal Chemicals Institute
and Coke Oven Environmental Task Force,

       Petitioners

       v.

Environmental Protection Agency and
Michael S. Regan, Administrator, U.S.
Environmental Protection Agency,

       Respondents

------------------------------

Consolidated with 24-1288, 24-1290

## O R D E R

Upon consideration of the joint unopposed motion to modify schedule and exceed word limits, it is

**ORDERED** that the motion be granted. The following format and schedule will now apply to the briefing of the stay motions filed in this case:

| | |
|---|---|
| EPA's consolidated response to the motions for stay (not to exceed 10,400 words) | October 22, 2024 |
| Environmental groups' consolidated response to the motions for stay (not to exceed 10,400 words) | October 28, 2024 |
| Replies in support of motions for stay | November 5, 2024 |

It is

**FURTHER ORDERED** that the deadline to file the certified index to the record be extended to October 29, 2024.

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk

                     BY:      /s/
                             Erica Thorner
                             Deputy Clerk