# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 24-1287**                    **September Term, 2024**

EPA-89FR55684

**Filed On: October 8, 2024** [2078889]

American Coke and Coal Chemicals Institute and Coke Oven Environmental Task Force,

      Petitioners

      v.

Environmental Protection Agency and Michael S. Regan, Administrator, U.S. Environmental Protection Agency,

      Respondents

-----------------------------

Consolidated with 24-1288, 24-1290

## O R D E R

Upon consideration of respondents' motion to extend time to file a response to Revise as Necessary Coalition's ("RANC") motion for leave to intervene, it is

**ORDERED** that the motion to extend time be granted. Respondents' response to RANC's motion for leave to intervene is now due October 23, 2024. It is

**FURTHER ORDERED** that RANC may lodge with the court a response regarding the pending motions for stay by November 5, 2024.

                                                           **FOR THE COURT:**
                                                           Mark J. Langer, Clerk

                                           BY:     /s/
                                                           Catherine J. Lavender
                                                           Deputy Clerk