# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 24-1287            September Term, 2024

EPA-89FR55684

**Filed On:** April 17, 2025

American Coke and Coal Chemicals Institute
and Coke Oven Environmental Task Force,

        Petitioners

        v.

Environmental Protection Agency and Lee M.
Zeldin, Administrator, U.S. Environmental
Protection Agency,

        Respondents

------------------------------

Clean Air Council, et al.,
        Intervenors

------------------------------

Consolidated with 24-1288, 24-1290

      **BEFORE:**    Pillard, Katsas, and Rao, Circuit Judges

## O R D E R

    Upon consideration of the motion to hold in abeyance, the opposition thereto, the reply, and the Rule 28(j) letter; the motion to sever, the oppositions thereto, and the reply; and the joint briefing proposal, it is

    **ORDERED** that the motion to hold in abeyance be granted and that these consolidated cases be held in abeyance pending further order of the court. The parties are directed to file motions to govern further proceedings within 120 days of the date of this order. It is

    **FURTHER ORDERED** that the motion to sever be denied. It is

**FURTHER ORDERED** that the joint briefing proposal be dismissed as moot.

**Per Curiam**

                       **FOR THE COURT:**
                       Clifton B. Cislak, Clerk

        BY:   /s/
                  Selena R. Gancasz
                  Deputy Clerk