**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| AMERICAN COKE AND COAL CHEMICALS INSTITUTE, *et al.*,<br><br>*Petitioners*,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>*Respondents*, | Case No. 24-1287<br>(consolidated with<br>Nos. 24-1288, 24-1290) |

## STATUS REPORT

Respondents U.S. Environmental Protection Agency and Administrator

Lee Zeldin[1] ("EPA") hereby file this status update in accordance with this

Court's Order.  Order, Doc. No. 21450671 (Oct. 16, 2025).

1.      Petitioners seek review of an EPA action entitled, National Emission

Standards for Hazardous Air Pollutants for Coke Ovens: Pushing, Quenching, and

Battery Stacks, and Coke Oven Batteries; Residual Risk and Technology Review,

and Periodic Technology Review, 89 Fed. Reg. 55684 (July 5, 2024) (the "Coke

Ovens Rule").

---

[1] Administrator Zeldin is substituted for former Administrator Michael S. Regan pursuant to Federal Rule of Appellate Procedure 43(c)(2).

2.     The Parties have not yet submitted merits briefs in this matter.

3.     A new administration took office on January 20, 2025. EPA sought and received from this Court an abeyance for EPA to review and, if warranted, reconsider, the Coke Ovens Rule. Order, Doc. No. 2111581 (Apr. 17, 2025).

4.     As instructed by that Order granting EPA's motion for an abeyance, the parties filed competing motions to govern in August 2025. EPA sought a continued abeyance, representing to the Court that EPA would be reconsidering the Coke Ovens Rule. Motion, Doc. No. 2130292 (Aug. 15, 2025). Petitioners in Case No. 24-1290 sought to lift the abeyance and set a briefing schedule. Motion, Doc. No. 2130400 (Aug. 15, 2025). The Court continued the abeyance. Order, Doc. No. 21450671 (Oct. 16, 2025).

5.     EPA's administrative reconsideration of the Coke Ovens Rule is ongoing.

//

Date:  January 14, 2026


ADAM R.F. GUSTAFSON
Principal Deputy
Assistant Attorney General


 */s/ Daniel J. Martin*
DANIEL J. MARTIN
JIN HYUNG LEE
U.S. Department of Justice Environment
and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 598-1869
Daniel.Martin3@usdoj.gov

*Counsel for EPA*

Of Counsel:

Charlotte M. Goudeau
Acting Branch Manager, ORC
U.S. Environmental Protection
Agency, Region 6

## CERTIFICATES OF COMPLIANCE AND SERVICE

This document complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 236 words.

This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

I caused this motion to be served on all parties by filing it with the Court's CM/ECF system on January 14, 2026.

/s/ *Daniel J. Martin*
DANIEL J. MARTIN

Counsel for Respondents