**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| AMERICAN COKE AND COAL CHEMICALS INSTITUTE, *et al.*, <br><br> *Petitioners*, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> *Respondents*, | Case No. 24-1287 (consolidated with Nos. 24-1288, 24-1290) |

**STATUS REPORT**

Respondents U.S. Environmental Protection Agency and Administrator Lee Zeldin ("EPA") hereby file this status update in accordance with this Court's Order. Order, Doc. No. 2140671 (Oct. 16, 2025).

1. Petitioners seek review of an EPA action entitled, National Emission Standards for Hazardous Air Pollutants for Coke Ovens: Pushing, Quenching, and Battery Stacks, and Coke Oven Batteries; Residual Risk and Technology Review, and Periodic Technology Review, 89 Fed. Reg. 55684 (July 5, 2024) (the "Coke Ovens Rule").

2. The Parties have not yet submitted merits briefs in this matter.

1

3. A new administration took office on January 20, 2025. EPA sought and received from this Court an abeyance for EPA to review and, if warranted, reconsider, the Coke Ovens Rule. Order, Doc. No. 2111581 (Apr. 17, 2025).

4. As instructed by that Order granting EPA's motion for an abeyance, the parties filed competing motions to govern in August 2025. EPA sought a continued abeyance, representing to the Court that EPA would be reconsidering the Coke Ovens Rule. Motion, Doc. No. 2130292 (Aug. 15, 2025). Petitioners in Case No. 24-1290 sought to lift the abeyance and set a briefing schedule. Motion, Doc. No. 2130400 (Aug. 15, 2025). The Court continued the abeyance. Order, Doc. No. 2140671 (Oct. 16, 2025).

5. EPA's administrative reconsideration of the Coke Ovens Rule is ongoing.

Date: April 13, 2026

ADAM R.F. GUSTAFSON
Principal Deputy
Assistant Attorney General

 /s/ Jin Hyung Lee
DANIEL J. MARTIN
JIN HYUNG LEE
U.S. Department of Justice Environment
and Natural Resources Division
Environmental Defense Section
P.O. Box 7611

Washington, D.C. 20044
(202) 598-7264
Jin.hyung.lee@usdoj.gov

*Counsel for EPA*


Of Counsel:

Charlotte M. Goudeau
Assistant Regional Counsel
U.S. Environmental Protection
Agency, Region 6

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2026, a copy of the foregoing was filed electronically with the Court's CM/ECF system, which will electronically serve all counsel of record.

/s/ *Jin Hyung Lee*
JIN HYUNG LEE

Counsel for Respondents